UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ADAM CANDELARIA,**

    Plaintiff,

vs.                        No.  1:14-cv-00517 LH-KBM

**OFFICER VICTOR GROSSETETE,**
In his individual capacity,
**OFFICER AARON JONES,**
In his individual capacity, and
**THE CITY OF ALBUQUERQUE,**

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER FOR THE CITY OF ALBUQUERQUE'S PERSONNEL FILES AND INTERNAL AFFAIRS INVESTIGATION FILE OF VICTOR GROSSETETE AND AARON JONES

**THIS MATTER** having come before the Court on the Unopposed Motion of Protective Order stipulated to by the parties by and through his respective counsel of record.  The Court being fully advised in the premises,

**FINDS** that good cause exists for the entry of the Protective Order based upon the agreement of the parties.

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:**

The City of Albuquerque shall produce Personnel Files and Internal Affairs Investigation Files of Victor Grossetete and Aaron Jones (hereinafter "Internal Documents") (with redaction of home addresses, home phone numbers, and social security numbers), subject to the following terms and conditions:

    1.    Plaintiff and his respective attorney of record will return the contents of the Internal Documents file at the resolution of this lawsuit;

2. Plaintiff and his respective attorney of record will purge all copies of the contents the Internal Documents at the resolution of this lawsuit;

3. Plaintiff and his respective attorney of record will not disclose or produce the contents of the Internal Documents to any non-party at any time, except for investigators, any experts and/or consultants retained by the parties in this matter;

4. Plaintiff and his respective attorney of record will not to attach any of the contents of the Internal Documents as exhibits to depositions or to motions filed with this Court unless the depositions or motions are sealed.

5. Plaintiff and his respective attorney of record will only use the information contained in Internal Documents for purposes of this lawsuit only and agree that this information is not to be used or disclosed in any other proceedings, litigation, depositions, and/or hearings which is not a part of Cause No. 1:14-cv-00517 LH-KBM.

_____
**KAREN B. MOLZEN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

SUBMITTED AND AGREED TO BY:

CITY OF ALBUQUERQUE
David Tourek
City Attorney


/s/ Trisha A Walker
Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500
*Attorney for Defendants City of Albuquerque and*
 *Aaron Jones*

  *Approved electronically on  11/26/14*
Jonlyn Martinez
Law Office of Jonlyn M. Martinez
PO Box 1805
Albuquerque, New Mexico  87103-1805
*Attorney for Defendant Victor Grossetete*


**AGREED TO BY:**


  *Approved electronically on  11/26/14*
Chris Lucero
Leon Howard
The Law Office of Lucero and Howard, LLC
P.O. Box 25391
Albuquerque NM 87125
*Attorney for Plaintiff*